UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Civil Case Number: 3:18-cv-01063-TJC-MCR

| | |
|---|---|
| Belinda Grace, | : |
| Plaintiff, | : |
| v. | : |
| Valentine & Kebartas, Inc., | : |
| Defendant. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a Notice of Withdrawal of Complaint and Voluntary Dismissal of this action *with prejudice* pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: October 29, 2018

                                                Respectfully submitted,

                                                PLAINTIFF, Belinda Grace

                                                By:  */s/ Tamra Givens*  _____
                                                   Tamra Givens, Esq.
                                                   Florida Bar No. 657638
                                                   43 Danbury Road
                                                   Wilton, CT 06897
                                                   Telephone: (203) 653-2250
                                                   Facsimile:  (203) 653-3424

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 29, 2018, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Middle District of Florida Electronic Document Filing System (ECF) and that the document is available on the ECF system.

           By_*/s/ Tamra Givens*_____

             Tamra Givens