**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**Civil Case Number: 3:18-cv-01063-TJC-MCR**

| | |
|---|---|
| Belinda Grace, | : |
| | : |
| Plaintiff, | : |
| v. | : |
| | : |
| Valentine & Kebartas, Inc., | : |
| | : |
| Defendant. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITH PREJUDICE**
**PURSUANT TO RULE 41(a)**

Belinda Grace ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: November 30, 2018

                                                                Respectfully submitted,

                                                                PLAINTIFF, Belinda Grace

                                                                By:  /s/ Tamra Givens

                                                                   Tamra Givens, Esq.
                                                                   Florida Bar No. 657638
                                                                   43 Danbury Road
                                                                   Wilton, CT 06897
                                                                   Telephone: (203) 653-2250
                                                                   Facsimile:  (203) 653-3424

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 30, 2018, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court Middle District of Florida Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                  By  /s/ Tamra Givens

                                                    Tamra Givens