**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

BELINDA GRACE,

      Plaintiff,

v.                                                     Case No.    3:18-cv-1063-J-32MCR

VALENTINE & KEBARTAS, INC.,

      Defendant.

_____

**O R D E R**

      Upon review of Notice of Withdrawal of Complaint and Voluntary Dismissal of

Action With Prejudice Pursuant to Rule 41(a) (Doc. 7), filed on November 30, 2018,

this case is dismissed with prejudice. Unless the parties have otherwise agreed, each

party shall bear its own attorneys' fees and costs. Plaintiff to send Defendant a copy

of this Order. The Clerk should close the file.

      **DONE AND ORDERED** in Jacksonville, Florida this 30th day of November,

2018.

TIMOTHY J. CORRIGAN
United States District Judge

sj
Copies:

Counsel of record